CIVIL-DEFENSE
CHIEF

PRO-SE-LITIGANT

CONCERNED
CITIZEN

NOT A REAL ATTORNEY

VERSED IN LAW
COLONED JOHN HOLT
U.S. ARMY MILITARY
INTELIGENCE
23345-048 DEVENS
MEDICAL CENTER
P.O. BOX 879 AYERS
MASS. 01432
        PLAINTIFF

        -V-

PRESIDENT TRUMP
MR. PUTKIN OF
RUSSIA CHINEES
PRESIDENT ISRAELI
NETANYU AMBASSADURE
FROM IRAN REPRESENTATIVE
NORTH KOREA
        RESPONDENTS
UNITED NATIONS
SECURITY COUNCIL

UNITED STATES DISTRICT COURT
Southern DISTRICT OF NEW YORK

RECEIVED
SDNY DOCKET UNIT
2018 AUG 28   AM 10: 43

CITIZENS COMPLAINT

# 18CV7879

THE RESPONDENTS
SHOULD HOLD AN
IMMEDIATE MEETING
AT UNITED NATION
TO DISCUSS THE
GROWING TENSION
BETWEEN ISRAEL'S
AIR FORCE AND IRANS
NAVY WHICH COULD
LEAD TO WAR. NOW
SHOULD THE USA BACK
ISRAEL AND RUSSIA
BACKS IRAN THE
RESULTS COULD BE
CATUSTRRUP SERIOUS
NUCLEAR WAR

## IT'S ARMAGEDUN

CUMES NOW the PLAINTIFF IN the ABOVED
CAPTIONED MATTER INTO this HONORABLE U.S.
DISTRICT COURT.

RESPECTFULLY
        SUBMITTED

MR. JOE W J. LOUIS
23345-048 DEVENS
MEDICAL CENTER P.O. BOX
879 AYERS MASS 01432

Mr. JOEW J. LOUIS
23345-048
Federal Bureau of
Prisons
Devens MEDICAL
CENTER
P.O. Box 879
Ayers MASS
01432

RECEIVED
SDNY DOCKET UNIT
2018 AUG 28 AM 10:03

Pro Se Clerk

USM P3
SDNY

UNITED STATES DISTRICT COURT

Southern District for New York

500 Pearl Street

USM P3
SDNY

NEW YORK CITY

NEW YORK

ATTENTION
COURT CLERK
PLEASE STAMP DATE
RECORDED